## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**George Webb Sweigert, et. al.**

    Plaintiff(s),

VS.

**Tom Perez, et. al.**

    Defendant(s).

Attorney: NONE

George Webb Sweigert
3312 Ralston Drive
Fort Wayne IN 46805



*222168*

**Case Number: 1:17-cv-02223** RC

Legal documents received by Same Day Process Service, Inc. on **11/06/2017** at **3:28 PM** to be served upon **Haseeb Rana 19211 Sweig Terrace Leesburg VA 20176**

I, **Valeria Lee**, swear and affirm that on **November 10, 2017** at **4:15 PM**, I did the following:

**Substitute** Served **Haseeb Rana** by leaving a conformed copy of this **Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Demand for Jury Trial; Memorandum; Exhibits** at **19211 Sweig Terrace, Leesburg, VA 20176**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Sumiyahh Rana**, as **Wife & Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 40  Height: 5'7  Weight: 160  Skin Color: Indian  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Valeria Lee_
**Valeria Lee**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:222168





District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of November, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021