**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GEORGE WEBB SWEIGERT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-02223 (RC) |
| TOM PEREZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(5), (b)(6), (f), and Local Civil Rule 23.1(b), Defendant Deborah Wasserman Schultz respectfully moves to dismiss Plaintiff's Complaint, or, in the alternative, to strike the class allegations. The dismissal of Plaintiff's Complaint should be with prejudice and without leave to amend. A proposed Order is attached.

**MEMORANDUM OF POINTS AND AUTHORITIES**

For all of the reasons stated in the Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's Complaint filed by Defendants DNC Services Corp. d/b/a the Democratic National Committee and Chair Tom Perez (Dec. 19, 2017) (ECF No. 19), this Court should grant this Motion to Dismiss of Congresswoman Wasserman Schultz (and thereby dismiss Plaintiff's Complaint as against the Congresswoman, or, in the alternative, strike the class allegations in Plaintiff's Complaint).

Alternatively and independently, this Court also should dismiss Plaintiff's Complaint as against Congresswoman Wasserman Schultz for improper service of process. *See* Fed. R. Civ. P. 12(b)(5) ("[A] party may assert the following defenses by motion: . . . insufficient service of process . . . ."). The federal rules permit service on an individual within a federal judicial district

either in accordance with the law "for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made," Fed. R. Civ. P. 4(e)(1), or by service of a copy of the summons and the complaint to the individual personally, by leaving a copy at the individual's dwelling or usual place of abode, or by "delivering a copy of each to an agent authorized by appointment or by law to receive service of process," *id.* 4(e)(2).  The law of the District of Columbia—the jurisdiction where the service was attempted and where this Court is located—permits service in the same manner as identified in Federal Rule 4(e)(2); i.e., by delivering a copy of the summons and complaint "to the individual personally or by leaving copies thereof at an individual's dwelling house or usual place of abode with persons of suitable age and discretion then residing therein or by delivering a copy of the summons [and] complaint . . . to an agent authorized by appointment or by law to receive service of process." D.C. Super. Ct. R. Civ. P. 4(e)(2).

Here, Plaintiff's Complaint was hand-delivered on October 27, 2017, to Michael Viggiano at 1114 Longworth Office Building, Washington, D.C. 20515.  *See* Decl. of Michael Viggiano ¶ 3 (Dec. 19, 2017), attached as Ex. 1.  Mr. Viggiano is an employee of Congresswoman Wasserman Schultz's official congressional office.  *See id.* ¶ 2.  Mr. Viggiano never has been authorized to receive service of process on behalf of Congresswoman Wasserman Schultz.  *See id.* ¶ 4.

## CONCLUSION

For the foregoing reasons, Plaintiff's Complaint as against Congresswoman Wasserman Schultz should be dismissed in its entirety with prejudice and without leave to amend.

Dated:  December 19, 2017                     Respectfully submitted,

                                                            By */s/ William Pittard*

                                                            William Pittard (D.D.C. Bar No. 482949)
                                                            Emily Voshell (D.D.C. Bar No. 1029403)
                                                            **KaiserDillon PLLC**
                                                            1401 K St. N.W., Suite 600
                                                            Washington, D.C. 20005
                                                            Phone: (202) 683-6150
                                                            Fax: (202) 280-1034
                                                            wpittard@kaiserdillon.com
                                                            evoshell@kaiserdillon.com

                                                            *Attorneys for Defendant*
                                                            *Deborah Wasserman Schultz*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December 2017, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice to all counsel of record, and I have served the following individual by certified U.S. mail:

George Webb Sweigert
Country Inn
8850 Hampton Mall Drive N.
Capitol Heights, MD 20743

Dated:  December 19, 2017                             */s/ William Pittard*
                                                                         William Pittard

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE WEBB SWEIGERT, )
          Plaintiff, )
v. ) Civil Action No. 1:17-cv-02223 (RC)
TOM PEREZ, et al., )
          Defendants. )

### DECLARATION OF MICHAEL VIGGIANO

I, Michael Viggiano, declare as follows:

1. My name is Michael Viggiano, and I am of legal age and competent to give this Declaration.

2. I currently serve as a Legislative Correspondent for the Honorable Debbie Wasserman Schultz, U.S. Representative for the 23rd congressional district of Florida. I have served in Congresswoman Wasserman Schultz's office continuously since on or about February 8, 2017.

3. On or about October 27, 2017, I received a hand-delivered copy of the Complaint in *Sweigert v. Tom Perez, et. al.*, 1:17-cv-02223 at Congresswoman Wasserman Schultz's office at 1114 Longworth House Office Building, Washington, D.C. 20515.

4. On October 27, 2017, I was not, nor have I ever been, authorized to receive service of process on behalf of Congresswoman Wasserman Schultz.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2017

_____
Michael Viggiano

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE WEBB SWEIGERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-02223 (RC) |
| | ) | |
| TOM PEREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the December 19, 2017 Motion to Dismiss filed by Defendant Deborah Wasserman Schultz is hereby GRANTED; and it is further ordered that Plaintiff's Complaint as against Defendant Deborah Wasserman Schultz shall be, and is, dismissed with prejudice and without leave to amend.

**SO ORDERED.**

Date:_____                                    _____
                                                     RUDOLPH CONTRERAS,
                                                     United States District Judge