# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

GEORGE WEBB SWEIGERT              )
                                              Plaintiff,       )
                                          v.                )      No. 1:17-cv-02223
TOM PEREZ, et al.,                )
                                               Defendants.    )
_____)

## NOTICE OF APPEARANCE

I, Sarah Clouse, pursuant to 2 U.S.C. § 5571(a),[*] hereby enter my appearance as counsel of record in the above-captioned case for defendant Theresa Granfenstine. Please send all future notices in this matter to me.

                                            Respectfully submitted,

                                            */s/ Sarah Clouse*
                                            SARAH CLOUSE (MA Bar No. 688187)
                                            Attorney

                                            OFFICE OF GENERAL COUNSEL
                                            U.S. HOUSE OF REPRESENTATIVES
                                            219 Cannon House Office Building
                                            Washington, D.C.  20515
                                            (202) 225-9700 (telephone)
                                            (202) 226-1360 (facsimile)

                                            *Counsel for Defendant Theresa Grafenstine*

December 20, 2017

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I filed the foregoing Notice of Appearance via the U.S. District Court for the District of Columbia's CM/ECF system, and served a copy by first-class mail, postage prepaid, on the following non-registered CM/ECF filer:

GEORGE WEBB SWEIGERT
8850 Hampton Drive
Capitol Heights, MD  20743
*Plaintiff, Pro Se*

                                            */s/ Sarah Clouse*
                                            Sarah Clouse