# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE WEBB SWEIGERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-02223 |
| | ) | |
| THOMAS PEREZ *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter the appearance of Pamela J. Marple as counsel in this case for Defendant Theresa Grafenstine.

Dated: October 2, 2018

Respectfully submitted,

*/s/ Pamela J. Marple*
Pamela J. Marple
D.C. Bar No. 462921
GREENBERG TRAURIG LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 331-3100
Fax: (202) 331-3101
marplep@gtlaw.com

*Attorney for Defendant Theresa Grafenstine*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018 I filed the foregoing via the U.S. District Court for the District of Columbia's CM/ECF system, and served a copy by first-class mail, postage prepaid, on the following non-registered CM/ECF filer:

GEORGE WEBB SWEIGERT
8850 Hampton Drive
Capitol Heights, MD 20743
*Plaintiff, Pro Se*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Pamela J. Marple*
　　　　　　　　　　　　　　　　　　　　　　　Pamela J. Marple