# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE WEBB SWEIGERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-02223 |
| ) | |
| TOM PEREZ *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), I, Sarah Clouse, currently listed as counsel for Defendant Theresa Grafenstine in the above-captioned case, hereby withdraw as counsel in this matter. Ms. Grafenstine will continue to be represented by Greenberg Traurig, LLP, and Pamela J. Marple of that firm has filed a Notice of Appearance as counsel for Defendant in this matter.

Pursuant to Local Civil Rule 83.6(b), I, Theresa Grafenstine, Defendant in the above-captioned case, hereby consent to this withdrawal of appearance.

*/s/ Theresa Grafenstine*
Theresa Grafenstine

Respectfully submitted,

THOMAS G. HUNGAR, *General Counsel*
 */s/ Sarah Clouse*
SARAH CLOUSE, *Attorney*

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, I filed the foregoing Notice of Withdrawal of Appearance via the U.S. District Court for the District of Columbia's CM/ECF system, and served a copy by first-class mail, postage prepaid, on the following non-registered CM/ECF filer:

GEORGE WEBB SWEIGERT
8850 Hampton Drive
Capitol Heights, MD 20743
*Plaintiff, Pro Se*

        */s/ Sarah Clouse*
        Sarah Clouse